# UNITED STATES COURT OF APPEALS

For the Seventh Circuit

Chicago, Illinois 60604

## APPEARANCE FORM

Appellate Court No.: **22-2012**         Docketed on: **6/8/2022**
Short Caption: **Hoops, LP, Heisley Member, Inc., Tax Matters Partner v. CIR**
District Court Judge:
District Court No.: **IRS-1: 11308-18**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
You must either enter your appearance within 10 days of docketing this appeal pursuant to Circuit Rule 3(d) or indicate your non-involvement by filing a motion with this court. A "Certificate of Interest" pursuant to Circuit Rule 26.1 must also accompany this form if you intend to participate in this case.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE CLERK WILL ENTER MY APPEARANCE AS COUNSEL OR PRO SE ON BEHALF OF:
**Commissioner of Internal Revenue**                                as the
(Party Name)

[ ] appellant(s)          [**X**] appellee(s)          [ ] amicus curiae
[ ] petitioner(s)         [ ] respondent(s)          [ ] intervenor(s)

Verify that the address and firm/office (if any) information is accurate. If incorrect, strike through the incorrect information and record it correctly.

Firm, Office or Facility:   **Department of Justice**
Unit, Division or Section:  **Tax Division, Appellate Section**
Address:                    **Post Office Box 502**
City/State/Zip:             **Washington, DC  20044**
Firm Telephone Number:      **(202) 514-3361**

Name: Bruce R. Ellisen (co-counsel)
Signature:  /s/ Bruce R. Ellisen
Direct Phone No.  (202) 514-2929
Admitted to Appellate Court?     Y  X   N __

Name:
Signature: _____
Direct Phone No.
Admitted to Appellate Court?     Y ___   N ___

Add other counsel from your firm who will be participating in this case and did not receive an appearance form.

Lead counsel must be admitted to this Court within 30 days of docketing and any attorney who orally argues must be admitted to this court, pursuant to Circuit Rule 46(a).

(1076.122194)

21399.1
8878607.1